No. 634. FOREMOST DAIRIES, INC. *v.* FEDERAL TRADE COMMISSION. C. A. 5th Cir. Certiorari denied. MR. JUSTICE FORTAS took no part in the consideration or decision of this petition. *Edgar E. Barton, George W. Milam* and *Macdonald Flinn* for petitioner. *Solicitor General Marshall, Assistant Attorney General Turner, Lionel Kestenbaum, Jerry Z. Pruzansky* and *James McI. Henderson* for respondent.

No. 726. GIANCANA *v.* UNITED STATES. C. A. 7th Cir. Motion to stay execution of commitment for contempt and petition for writ of certiorari denied. *Edward Bennett Williams* and *Richard E. Gorman* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Sidney M. Glazer* for the United States.

No. 10, Misc. LAW *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied. *Weldon Funderburk* for petitioner. *Waggoner Carr,* Attorney General of Texas, and *Hawthorne Phillips, Stanton Stone, Howard M. Fender* and *Allo B. Crow, Jr.,* Assistant Attorneys General, for respondent.

No. 14, Misc. PERRY *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. *Richard T. Conway* for petitioner. *Solicitor General Cox, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Theodore George Gilinsky* for the United States.

No. 30, Misc. MILLER *v.* NEW MEXICO. Sup. Ct. N. M. Certiorari denied. Petitioner *pro se.* *Boston E. Witt,* Attorney General of New Mexico, and *Thomas O. Olson,* Special Assistant Attorney General, for respondent.